FILED
CLERK, U.S. DISTRICT COURT

MAR 26 2014

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JOE EARL RHONE,<br><br>            Defendant. | CR 99-518-WDK<br><br>ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A)  [X]  the appearance of defendant as required; and/or

    (B)  [X]  the safety of any person or the community.

//
//

1     The court concludes:
2  A.   ( )   Defendant poses a risk to the safety of other persons or the community
3           because defendant has not demonstrated by clear and convincing
4           evidence that:
5           _____
6           _____
7           _____
8           _____
9
10 (B)  ( )   Defendant is a flight risk because defendant has not shown by clear
11          and convincing evidence that:
12          _____
13          _____
14          _____
15          _____
16
17     IT IS ORDERED that defendant be detained.
18
19 DATED: 3-26-2014
20
21
22                                *signature*
23                      _____
                       JOHN E. MCDERMOTT
24                     UNITED STATES MAGISTRATE JUDGE
25
26
27
28